

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2019

No. 04-18-00286-CV

Jimmy **MASPERO** and Regina Maspero, Individually, and as Next Friends of Wyitt Maspero, Wynnsday Maspero, Wesley Maspero, Deceased, and Walter Maspero, Deceased, Minor Children,
Appellants

v.

**CITY OF SAN ANTONIO,**
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI14946
Honorable David Peeples, Judge Presiding

# O R D E R

Order by: Beth Watkins, Justice
Dissenting Opinion by: Sandee Bryan Marion, Chief Justice

Sitting: Sandee Bryan Marion, Chief Justice
      Rebeca C. Martinez, Justice
      Patricia O. Alvarez, Justice (not participating)
      Luz Elena D. Chapa, Justice[1]
      Irene Rios, Justice
      Beth Watkins, Justice
      Liza A. Rodriguez, Justice

      Appellee's motion for en banc reconsideration is **DENIED**.

_____
Beth Watkins, Justice

---

[1] Dissents to the denial of the motion for en banc reconsideration without requesting a response. *See* TEX. R. APP. P. 49.2.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2019.



MICHAEL A. CRUZ,
Clerk of Court